**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THOMASINA LLOYD,

                      Plaintiff,              20 **CIVIL** 4181 (PAE) (OTW)

        -v-                                **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 13, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           January 13, 2021

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
                                        **BY:**
                                                           _____
                                                           **Deputy Clerk**